SEYFARTH SHAW LLP
Michele J. Beilke (SBN 194098)
mbeilke@seyfarth.com
Julia Y. Trankiem (SBN 228666)
jtrankiem@seyfarth.com
Alex W. Simon (SBN 310842)
asimon@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendants
DEL MONTE CAPITOL MEAT COMPANY, LLC;
ALLEN BROTHERS 1893, LLC; THE CHEFS'
WAREHOUSE, INC.; AND THE CHEFS' WAREHOUSE
WEST COAST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA PAREJA MARTINEZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEL MONTE CAPITOL MEAT COMPANY, LLC, a Delaware limited liability company; ALLEN BROTHERS 1893, LLC, a Delaware limited liability company; THE CHEFS' WAREHOUSE, INC., a Delaware corporation; THE CHEFS' WAREHOUSE WEST COAST, LLC, a Delaware limited liability company; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 3:26-CV-03267-JSC<br><br>**Hon. Jacqueline Scott Corley**<br><br>**JOINT REQUEST TO APPEAR AT MOTION TO COMPEL ARBITRATION HEARING BY ZOOM; [PROPOSED] ORDER**<br><br>Date:       July 10, 2026<br>Time:      9:00 a.m.<br>Dept.:      8<br>Judge:     Jacqueline Scott Corley |

JOINT REQUEST TO APPEAR AT MOTION TO COMPEL ARBITRATION HEARING BY ZOOM;
[PROPOSED] ORDER

MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
ISABELLE C. SHEPARD (SBN 364723)
ishepard@maternlawgroup.com
MATERN LAW GROUP, PC
2101 E. El Segundo Blvd., Suite 403
El Segundo, California 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff
LETICIA PAREJA MARTINEZ, individual, and
On behalf of all others similarly situated

Isabelle Shepard, counsel for Plaintiff Leticia Pareja Martinez, and Julia Y. Trankiem, counsel for Defendants Del Monte Capitol Meat Company, LLC, Allen Brothers 1893, LLC, The Chefs' Warehouse, Inc., and The Chefs' Warehouse West Coast, LLC, respectfully submit this joint request to appear by Zoom at the hearing on Defendants' motion to compel arbitration, currently set for July 10, 2026 at 9:00 a.m. This request is made jointly and will not prejudice any party. Counsel for both sides live and work outside the Northern District of California, and remote appearance would avoid unnecessary travel expense and disruption while preserving counsel's ability to fully participate in the hearing and respond to any questions from the Court. Counsel will be available by Zoom at the scheduled hearing time and will comply with any procedures or instructions the Court provides for remote appearance.

Dated: June 30, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Julia Y. Trankiem
    Michele J. Beilke
    Julia Y. Trankiem
    Alex W. Simon
    Attorneys for Defendants
    DEL MONTE CAPITOL MEAT COMPANY, LLC; ALLEN BROTHERS 1893, LLC; THE CHEFS' WAREHOUSE, INC.; AND THE CHEFS' WAREHOUSE WEST COAST, LLC

Dated: June 29, 2026

MATERN LAW GROUP, PC

By: /s/ Isabelle Shepard
    Matthew J. Matern
    Matthew W. Gordon
    Isabelle C. Shepard
    Attorneys for Plaintiff
    LETICIA PAREJA MARTINEZ

## <u>ATTESTATION PURSUANT TO LOCAL RULE 5-1</u>

Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: June 30, 2026                                   SEYFARTH SHAW LLP


                                               BY: s/ Julia Y. Trankiem
                                                    Michele J. Beilke
                                                    Julia Y. Trankiem
                                                    Alex W. Simon

                                                    Attorneys for Defendants
                                                    DEL MONTE CAPITOL MEAT COMPANY,
                                                    LLC; ALLEN BROTHERS 1893, LLC; THE
                                                    CHEFS' WAREHOUSE, INC.; AND THE
                                                    CHEFS' WAREHOUSE WEST COAST

**[PROPOSED] ORDER**

The Court grants the Parties' request to appear by Zoom at the hearing on Defendants' motion to compel arbitration on July 10, 2026, at 9:00 a.m. The Court directs the Clerk to provide counsel with Zoom log-in instructions.

IT IS SO ORDERED:

DATED:

_____
Judge Jacqueline Scott Corley

[PROPOSED] ORDER